UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DERRICK T. HAGGARD                                                                PETITIONER

V.                                      CIVIL ACTION NO. 3:19-CV-878-KHJ-LGI

WARDEN C. RIVERS                                                              RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac. [28]. That Report recommends that the Court dismiss Petitioner Derrick Haggard's petition for writ of habeas corpus. Written objections to the Report were due by June 21, 2022. The Report notified the parties that failure to file written objections to the findings and recommendations by that date would bar further appeal in accordance with 28 U.S.C. § 636.

When no party has objected to a magistrate judge's report and recommendation, the Court need not review it de novo. 28 U.S.C. § 636(b)(1). In such cases, the Court can apply the clearly erroneous, abuse of discretion, and contrary to law standards of review. *See United States v. Brigham*, 569 F.3d 220, 228 (5th Cir. 2009) (citation omitted).

Haggard brings this petition for writ of habeas corpus, challenging his loss of good time credit. *See* Pet. [1]. Haggard contends that his disciplinary hearing officer was biased against him when determining whether to discipline Haggard for an alleged violation of the Bureau of Prisons' disciplinary code. Memo. Supp. Pet. [2].

Haggard also asserted other violations of his due process rights during the disciplinary proceedings. *Id.* After reviewing the pleadings and memoranda, the Magistrate Judge recommended that the Court dismiss Haggard's petition, finding that the record contains evidence to support the disciplinary hearing officer's decision and that Haggard was not denied due process. [28] at 6–8. Haggard did not object to the Recommendation, and his time to do so has passed. The Court finds the Report and Recommendation is not clearly erroneous or contrary to law and adopts the Report and Recommendation as the opinion of this Court.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Report and Recommendation [28] of United States Magistrate Judge LaKeysha Greer Isaac, entered in this cause should be, and the same is, adopted as the finding of this Court.

IT IS, FURTHER, ORDERED AND ADJUDGED that Derrick Haggard's petition for writ of habeas corpus is DISMISSED.

SO ORDERED AND ADJUDGED this the 1st day of July, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE